UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

GARRISON INDUSTRIAL SERVICES INC      CASE NO.  2:25-CV-00499

VERSUS      JUDGE JAMES D. CAIN, JR.

CITGO PETROLEUM CORP      MAGISTRATE JUDGE LEBLANC

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 21] of the Magistrate Judge, recommending that the Motion to Remand [doc. 11] filed by plaintiff be denied and that the individual defendants Justin Keys and Mark Jester be dismissed without prejudice as improperly joined.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand [doc. 11] is **DENIED** and that the individual defendants Justin Keys and Mark Jester be **DISMISSED WITHOUT PREJUDICE** as improperly joined.

**THUS DONE AND SIGNED** in Chambers on this 6th day of April, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

1